

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Avis T. Sanders, Appellant

No. 06-13-00172-CR          v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR12-161). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and direct the trial court to dismiss the indictment. We further direct that Avis T. Sanders be promptly released from imprisonment.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED MARCH 6, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk